1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN M. BLANKENSHIP,

      Plaintiff,

    v.

DR. MALCOLM *et al*.,

      Defendants

Case No. C07-5325RBL

ORDER TO PROVIDE
SERVICE DOCUMENTS

14       This case has been referred to the undersigned Magistrate Judge.  Plaintiff has been granted

15 leave to proceed *in forma pauperis* and has filed an acceptable complaint (Dkt. # 1)  There are no

16 services copies of the complaint and no Marshal service forms on file.  **The clerks office is directed**

17 **to send Mr. Blankenship seven Marshal service forms.**

18       Plaintiff will fill out the forms **and provide a copy of the complaint with attachments for**

19 **each defendant.  The forms and copies are due on or before August 13, 2007** or the court will

20 recommend this action be dismissed for failure to comply with a court order and failure to prosecute.

21       The Clerk is directed to send a copy of this Order to plaintiff and note this matter for **August**

22 **13, 2007.**

DATED this 23 day of July 2007.

23

24

25

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

26

27

28 ORDER

Dockets.Justia.com