1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN M. BLANKENSHIP,<br><br>Plaintiff,<br><br>v.<br><br>Dr. MALCOLM, *et al.*,<br><br>Defendants. | Case No.  C07-5325RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED** prior to service for failure to comply with the courts order to provide service documents.

(3) Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

DATED this 1st day of October, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1