# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHAWN M. BLANKENSHIP

      v.

DR. MALCOLM, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5325RBL/JKA

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** prior to service for failure to comply with the courts order to provide service documents.

| | |
|---|---|
|   October 3, 2007   |   BRUCE RIFKIN   |
| Date | Clerk |
| |   *s/CM Gonzalez*   |
| | Deputy Clerk |